IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LARRY LORENZO JONES,

Appellant,

v.

JEFF ATWATER, ET AL.,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-626

Opinion filed August 6, 2014.

An appeal from the Department of Financial Services.

Larry Lorenzo Jones, pro se, Appellant.

P.K. Jameson, General Counsel, and April Harrell, Senior Attorney, Department of Financial Services, Tallahassee, for Appellees.

PER CURIAM.

AFFIRMED.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.